IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF TEXAS

SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | **CAUSE NO: SA:16-MJ-01096-JWP** |
| **VS.** | § | |
| | § | |
| **DAVID NGUYEN (1)** | § | |

<u>**NOTICE OF APPEARANCE**</u>

**TO THE HONORABLE JOHN W. PRIMOMO, UNITED STATES MAGISTRATE JUDGE FOR THE WESTERN DISTRICT OF TEXAS, SAN ANTONIO DIVISION:**

Enter our appearance as counsel in said case for Defendant, DAVID NGUYEN.

We certify that we are licensed to practice in this Honorable Court.

SIGNED this 14th day of November, 2016

                                        Respectfully submitted

                                        Law Office of Shawn C. Brown, P.C.
                                        540 S. St. Mary's St.
                                        San Antonio TX 78205
                                        Tel: (210) 224-8200
                                        Fax: (210) 224-8214

                                        <u>/s/ SHAWN C. BROWN</u>
                                        Shawn C. Brown
                                        Email: shawn@shawnbrownlaw.com
                                        State Bar No. 24003613

                                        <u>/s/ ALEX J. SCHARFF</u>
                                        Alex J. Scharff
                                        Email: alex@shawnbrownlaw.com
                                        State Bar No. 17727350

## CERTIFICATE OF SERVICE

We do hereby certify that a true and correct copy of the foregoing Notice of Appearance was electronically filed with the Clerk of this Honorable Court using the CM/ECF system which will send notification electronically to James Blankenship, Assistant United States Attorney.

SIGNED on this the 14th day of November, 2016.

/s/ SHAWN C. BROWN
Shawn C. Brown

/s/ ALEX J. SCHARFF
Alex J. Scharff