6/7/2011 Waiver of Preliminary Hearing

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| vs. | § § | NO: SA:16-M-01096(1) |
| (1) DAVID NGUYEN | § § | |

### WAIVER OF PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P.5, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P.5 or Fed. R. Crim. P. 32.1.

X 11/17/16
Date

X David Nguyen
Defendant

Shawn Brown
Name of Attorney for Defendant (Print)

11-17-16
Date

[signature]
Signature of Attorney for Defendant