**SEALED**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

FILED
2016 DEC -7 PM 12:49 

| UNITED STATES OF AMERICA, | § | INDICTMENT |
| --- | --- | --- |
| Plaintiff, | § | SA16CR-879 FB |
| v. | § | [Vio: Possession with Intent to Distribute Cocaine, 21 U.S.C. §§ 841(a)(1) & 841(b)(1)(C); 18 U.S.C. § 2] |
| DAVID NGUYEN (1), and ▮▮▮▮▮▮▮▮ | § | |
| Defendants. | § | |

THE GRAND JURY CHARGES:

<u>COUNT ONE</u>
[21 USC §§ 841(a)(1) & 841(b)(1)(C) and 18 USC § 2]

That on or about November 10, 2016, in the Western District of Texas, Defendants,

**DAVID NGUYEN (1), and**
**▮▮▮▮▮▮▮▮**

aided and abetted by each other, unlawfully, knowingly, and intentionally possessed with intent to distribute a controlled substance, which offense involved a mixture or substance containing a detectable amount of cocaine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) & 841(b)(1)(C), and Title 18, United States Code, Section 2.

A TRUE BILL,

▬▬▬▬▬▬▬▬▬▬▬▬▬
FOREPERSON

RICHARD L. DURBIN, Jr.
United States Attorney

*/s/ Karen Norris*

KAREN NORRIS
Assistant United States Attorney